IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA SOTO,<br><br>      Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>      Defendant. | Case No. 2:24-cv-02778-NIQA |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Cynthia Soto and Plaintiff's attorney of record, hereby dismiss her individuals claims in the above captioned action without prejudice, against all Defendants. This dismissal is submitted with respect to Plaintiff Cynthia Soto's individuals claims only, and not the claims of any other Plaintiffs or the putative class.

Respectfully submitted,

By: /s/ *Bryan Paul Thompson*
One of Plaintiff Cynthia Soto's Attorneys

Bryan Paul Thompson (ARDC #6310322)
CHICAGO CONSUMER LAW CENTER, P.C.
650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel. 312-858-3239
bryan.thompson@cclc-law.com